## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

845 A.2d 764

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Alva James HARTWRIGHT, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Michelle Ann Henry, Doylestown, for Commonwealth of Pennsylvania.

Michael S. Goodwin, New Britain, for Alva James Hartwright.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

845 A.2d 765

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James GLENN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.

Decided March 23, 2004.

Jennifer Anne Buck, Diane E. Gibbons, Doylestown, for Commonwealth of Pennsylvania.

Bradley Harry Bastedo, Doylestown, for James Glenn.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.